LAW OFFICE OF
# LORRAINE GAULI-RUFO, ESQ.
### CERTIFIED CRIMINAL TRIAL ATTORNEY
### (LGR LAW, LLC)

| | | |
|---|---|---|
| NEW JERSEY OFFICE<br>130 POMPTON AVENUE<br>VERONA, NJ 07044<br>(973) 239-4300 |  | NEW YORK OFFICE<br>48 WALL STREET, 5TH FLOOR<br>NEW YORK, NY 10005<br>(646) 779-2746 |

LGAULIRUFO@GMAIL.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310
_____

*Via ECF*

June 21, 2020

Honorable P Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York City, New York 10007

Application GRANTED.

SO ORDERED.
June 22, 2020

_____
P. Kevin Castel
United States District Judge

Re: United States v. Rosso (Johan Garcia-Sosa)
Crim. No. 18 cr 505

Dear Judge Castel:

    I was appointed to represent Johan Garcia-Sosa in the above matter.  I am respectfully requesting a slight bail modification to permit my client to go on a short trip with his family to the Pocono Mountains next weekend.  They are leaving on Friday June 26, 2020 and he will return Sunday June 28, 2020. Both the AUSA, Adam Hobson, and his Pretrial Service Officer, Jonathan Lettieri, have no objection to this request.  Mr. Garcia-Sosa will coordinate all of the details with Mr. Lettieri.  Your Honor's time and consideration of this request is greatly appreciated.

                                           Respectfully submitted,
                                           s/
                                           Lorraine Gauli-Rufo, Esq
                                           Attorney for Johan Garcia-Sosa

cc:    Adam Hobson, AUSA
        Jonathan Lettieri, US Pretrial Officer (via email)